UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY BOBULINSKI,

*Plaintiff,*

v.                                                    Case No.: 1:24-cv-00974

DANIEL GOLDMAN,

*Defendant.*

## NOTICE OF ERRATA

Plaintiff, Anthony Bobulinski, submits the following errata in support of Plaintiff's Complaint, ECF No. 1:

Due to confidentiality, privacy, and safety concerns for both parties, Plaintiff did not include the full residential address of either party in his Complaint. Accordingly, Plaintiff received a notification from ECF asking that the Complaint be resubmitted with this information.  Plaintiff's counsel represents to the Court that he will submit the corrected filing under seal pursuant to Local Rule 5.1(h), and pursuant to a protective order governing this matter between the parties.

Dated: April 17, 2024                    Respectfully submitted,

                                         /s/ Jesse R. Binnall
                                         Jesse R. Binnall (VA022)
                                         John C. Sullivan (*pro hac vice*)
                                         Jared J. Roberts (*pro hac vice*)
                                         BINNALL LAW GROUP, PLLC
                                         717 King Street, Suite 200
                                         Alexandria, Virginia 22314
                                         Phone: (703) 888-1943

Fax: (703) 888-1930
Email: jesse@binnall.com
jcs@binnall.com
jared@binnall.com

*Counsel for Plaintiff*