IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOBULINSKI, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) ) |
| DANIEL GOLDMAN, | ) ) |
| *Defendant.* | ) ) ) ) |

Case No. 1:24-cv-00974 (ABJ)

PLAINTIFF'S OBJECTION TO WESTFALL ACT CERTIFICATION

On June 17, 2024, the United States filed a certification under 28 U.S.C. § 2679(d) seeking to have itself substituted for Defendant, Daniel Goldman. ECF 11. Plaintiff, Anthony Bobulinski, hereby objects to the certification.

The government's Westfall Act certification is subject to challenge. *See De Martinez v. Lamagno*, 515 U.S. 417, 429 (1995) (rejecting the view that "Congress … assigned to the federal court only rubber-stamp work" when the government has made a Westfall Act certification); *Wuterich v. Murtha*, 562 F.3d 375, 381 (D.C. Cir. 2009) ("A plaintiff may contest the Attorney General's scope-of-employment certification before a district court."). Thus, "[a]lthough a Westfall Act certification is conclusive for the purposes of removal, such a certification is not necessarily conclusive as to the substitution of the federal government as the defendant." *Taylor v. Clark*, 821 F. Supp. 2d 370, 373 (D.D.C. 2011) (citation omitted).

For the foregoing reasons, as well as those within the accompanying memorandum, Mr. Bobulinski objects to the Westfall Act Certification, and asks that the Court deny the substitution of the United States for Defendant.

Dated: July 1, 2024                                                           Respectfully Submitted,


/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)
John C. Sullivan (*pro hac vice*)
Jared J. Roberts (*pro hac vice*)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
          jcs@binnall.com
          jared@binnall.com

*Attorney for Anthony Bobulinski*

## CERTIFICATE OF SERVICE

I certify that on July 1, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall

*Attorney for Anthony Bobulinski*
