UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOBULINKSI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 24-0974 (ABJ) |

**CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO AMENDED COMPLAINT**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Amended Complaint in this matter (ECF No. 16) by 30 days—i.e., until September 18, 2024. Plaintiff, through counsel, has graciously consented to the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed this suit on April 5, 2024. ECF No. 1. Plaintiff has not served the U.S. Attorney's Office.[1] Plaintiff alleges that Congressman Daniel Goldman defamed him on the Congressman's official Twitter/X account. *Id.* On June 17, 2024, Defendant filed a Notice of Westfall Certification, stating that Congressman Goldman was acting within the scope of his duties as an official of the United States and that United States should be substituted as the defendant. ECF No. 11. On July 6, 2024, the United States moved to dismiss the Complaint because Plaintiff failed to properly serve Defendant and because Plaintiff's claims were barred under the intentional

---

[1] This motion is not intended as a general entry of appearance. Accordingly, nothing contained herein should be construed as a waiver or other limitation of any defenses available to defendant(s), including, without limitation, insufficiency of service of process and failure to complete service in a timely manner.

tort exception of the Federal Tort Claims Act. ECF No. 14. On August 5, 2024, Plaintiff filed an Amended Complaint, which adds allegations about Congressman Goldman sending defamatory emails from his personal Twitter/X account. ECF No. 16. Defendant's deadline to respond to the Amended Complaint is currently August 19, 2024. Fed. R. Civ. P. 15(a)(3).

Counsel requires a reasonable period of additional time to discuss this matter with the relevant agency, particularly the scope of employment issues implicated by the Amended Complaint, and formulate Defendant's response to Plaintiff's Amended Complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency and plan how to respond to Plaintiff's Amended Complaint.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Amended Complaint be extended through and including September 18, 2024. A proposed order is enclosed herewith.

| | |
|---|---|
| Dated: August 8, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  */s/ M. Jared Littman*<br>M. JARED LITTMAN<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2523<br>Jared.Littman@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOBULINKSI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Civil Action No. 24-0974 (ABJ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's consent motion for an extension of time to respond to the Amended Complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including September 18, 2024, to respond to the Amended Complaint in this action.

SO ORDERED:

_____　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　AMY BERMAN JACKSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge